IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

    Petitioner,                     No. CIV-S-10-0104 GEB EFB (TEMP) P

    vs.

JAMES WALKER,

    Respondent.                  <u>ORDER</u>

      /

    Petitioner has requested an extension of time to file and serve objections to the November 5, 2010 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 6, 2011 motion for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the November 5, 2010 findings and recommendations.

DATED: January 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE