IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT P. BENYAMINI,

    Plaintiff,                    No. CIV S-10-0104 GEB EFB (TEMP) P

    vs.

JAMES WALKER, et al.,

    Defendants.          <u>ORDER</u>

                                  /

     On March 30, 2011, plaintiff filed a document in which he requests appointment of counsel, an extension of time to object to findings and recommendations issued November 5, 2010, an order directing prison officials to provide him with law library access and an order directing prison officials to provide him with outdoor exercise. This civil rights action was closed on March 16, 2011. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: April 4, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE